FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 15 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KRISTIN HART, individually and as co-successor-in-interest to Decedent KYLE HART; et al.,

Plaintiffs - Appellees,

v.

CITY OF REDWOOD CITY, a municipal corporation; et al.,

Defendants - Appellants.

No. 25-3771

D.C. No. 4:21-cv-02653-YGR
Northern District of California, Oakland

ORDER

"To fall within the narrow class of orders satisfying the Supreme Court's collateral order doctrine, an order must (1) 'conclusively determine the disputed question,' (2) 'resolve an important issue completely separate from the merits of the action,' and (3) 'be effectively unreviewable on appeal from a final judgment.'" *Childs v. San Diego Fam. Hous. LLC*, 22 F.4th 1092, 1095 (9th Cir. 2022) (quoting *Will v. Hallock*, 546 U.S. 345, 349 (2006)). This court may therefore lack jurisdiction over this appeal.

Within 21 days, appellants must either file a motion to voluntarily dismiss this appeal or file a statement explaining why it should not be dismissed. If appellants do not do so, the court will dismiss the appeal. *See* 9th Cir. R. 42-1.

If appellants file a statement, appellees may file a combined response to this order and the motion to stay (Docket Entry No. 8) within 10 days.

Briefing is stayed.

                                           FOR THE COURT:

                                           MOLLY C. DWYER
                                           CLERK OF COURT